# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRACI FEIT LOVE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CAVALRY SPV I LLC, a Delaware Limited Liability Company; and ALDRIDGE PITE HAAN LLP, a Limited Liability Partnership, <br><br> Defendants. | Case No.: 1:23-cv-00202-CAP-RGV <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL DEADLINES FOR 30 DAYS** |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL DEADLINES FOR 30 DAYS

COMES NOW Plaintiff Traci Feit Love and hereby informs the Court that the above parties have settled this matter as to all claims by Plaintiff against Defendants. The above parties are presently finalizing and executing the settlement and dismissal documents and Plaintiff therefore requests a stay of all deadlines as to in this case for thirty (30) days for the finalizing of said settlement and for the filing of a dismissal with the Court.

**Respectfully Submitted 13 April 2023.**

By:   /s/ John William Nelson
        John William Nelson
        Georgia Bar No. 920108

        The Nelson Law Chambers LLC
        2180 Satellite Blvd, Suite 400

1

Duluth, Georgia 30097
Telephone: (404) 348-4462
Facsimile: (404) 549-6765
john@nelsonchambers.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL DEADLINES FOR 30 DAYS was prepared on a computer, using Times New Roman 14-point font.

**DATED:**   <u>13 April 2023</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TRACI FEIT LOVE, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CAVALRY SPV I LLC, a Delaware Limited Liability Company; and ALDRIDGE PITE HAAN LLP, a Limited Liability Partnership,<br><br>  Defendants. | Case No.: 1:23-cv-00202-CAP-RGV<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned electronically filed PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL DEADLINES FOR 30 DAYS with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record or individuals:

> John W. Nelson
> **john@nelsonchambers.com**
> *Counsel for Plaintiff*

**Copy sent to the following via email:**

> Debra H. Smearman (dsmearman@aph-law.com)
> Aldridge Pite Haan, LLP
> Six Piedmont Center
> 3525 Piedmont Rd, NE

4

Suite 750
Atlanta, GA 30305
*Counsel for Defendants for Settlement Purposes Only*

Respectfully submitted this **13 April 2023**.

**THE NELSON LAW CHAMBERS, LLC**

/s/ John William Nelson
John William Nelson
Georgia Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765